IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00172-MR-WCM

| | |
|---|---|
| KIMBERLY MANTELLI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| WARREN WILSON COLLEGE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on a Joint Motion for Entry of Stipulated Consent Protective Order (the "Motion," Doc. 8).

The Motion is **GRANTED**, and the parties' proposed procedures (Doc. 8-1) for the handling of information and materials that are produced during discovery are **ENDORSED**, subject to the following limitations.

To the extent any party seeks leave to file Confidential Materials with the Court under seal, such request shall be made in conformity with the Local Rules of this district, including Local Civil Rule 6.1.

To the extent Confidential Materials are provided to the Court or appears on the Court's docket, the disposition of such materials may be subject to a final order of the Court upon the conclusion of the litigation.

1

The use and treatment of Confidential Materials at trial is subject to the discretion of the presiding trial judge.

It is so ordered.

Signed: April 21, 2025

W. Carleton Metcalf
United States Magistrate Judge