UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-172-MR-WCM

| | |
|---|---|
| KIMBERLY MANTELLI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WARREN WILSON COLLEGE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal with prejudice of all claims asserted in this action. Each party shall bear their own costs and expenses. It is further stipulated that no party shall seek an award of attorneys' fees or costs incurred in the prosecution or defense of this action.

This the 23rd day of June, 2025.

/s/ Sean F. Herrmann
Sean F. Herrmann
North Carolina Bar No. 44453
Kevin P. Murphy
North Carolina Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Ste 100
Charlotte, North Carolina 28204
Phone: 704-940-6399
Fax: 704-940-6407
Email:kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*

/s/ H. Bernard Tisdale III
H. Bernard Tisdale III
Van Hoy, Reutlinger, Adams, Pierce & Tisdale, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
T: (704) 375-6022
F: (704) 375-6024
Email: bernard.tisdale@vraptlaw.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court's CM/ECF system, which will send electronic notice to Defendant's counsel of record as follows:

H. Bernard Tisdale III
Van Hoy, Reutlinger, Adams, Pierce & Tisdale, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
T: (704) 375-6022
F: (704) 375-6024
Email: bernard.tisdale@vraptlaw.com

*Attorney for Defendant*

This the 23rd day of June, 2025.

/s/ Sean F. Herrmann
Sean F. Herrmann
North Carolina Bar No. 44453
Kevin P. Murphy
North Carolina Bar No. 41467
Herrmann & Murphy, PLLC
400 Clarice Ave, Ste 100
Charlotte, North Carolina 28204
Phone: 704-940-6399
Fax: 704-940-6407
Email: kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*